PHILLIP A. TALBERT
United States Attorney
COLLEEN M. KENNEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2826
Facsimile: (916) 554-2900

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF CALIFORNIA, *ex rel.*, STEVEN CAPEDER,<br><br>Plaintiffs,<br><br>v.<br><br>FRANCIS P. LAGATTUTA, MD, LAGZ CORPORATION, SPINE AND PAIN TREATMENT MEDICAL CENTER OF SANTA BARBARA, INC., LAGS SPINE AND SPORTSCARE MEDICAL CENTERS, INC.,<br><br>Defendants. | Case No.  2:18−CV−02928−DJC−KJN *SEALED*<br><br>ORDER REGARDING THE NOTICE OF ELECTION TO INTERVENE BY THE UNITED STATES AND STATE OF CALIFORNIA<br><br>**FILED UNDER SEAL** |

The United States having intervened in this action, pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(2), (3), and (4), and the California False Claims Act, Cal. Gov't Code § 12652(c)(6)(A), the Court rules as follows:

IT IS ORDERED that,

1. The Relator's Complaint, the Government's Notice of Intervention, and this Order be unsealed;

2. All other papers and Orders on file in this matter shall remain under seal; and

3. The seal shall be lifted on all matters occurring in this action after the date of this Order.

///

IT IS SO ORDERED.

Dated: July 10, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE