PHILLIP A. TALBERT
United States Attorney
COLLEEN M. KENNEDY
Assistant United States Attorney
Office of the United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2826
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, *ex rel.,* STEVEN CAPEDER,<br><br>Plaintiffs,<br><br>v.<br><br>FRANCIS P. LAGATTUTA, MD, LAGZ CORPORATION, SPINE AND PAIN TREATMENT MEDICAL CENTER OF SANTA BARBARA, INC., LAGS SPINE AND SPORTSCARE MEDICAL CENTERS, INC.,<br><br>Defendants. | CASE NO. 2:18−CV−02928−DJC−KJN<br><br>**ORDER ON THE JOINT STIPULATION OF VOLUNTARY DISMISSAL BY THE UNITED STATES, THE STATE OF CALIFORNIA, AND RELATOR** |

Upon consideration of the Joint Stipulation of Voluntary Dismissal by the United States, the State of California, and the Relator, pursuant to the terms of the settlement agreement between the parties, and for good cause shown,

IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice as to Relator and with prejudice as to the United States and the State of California for the Covered Conduct as set forth in their settlement agreement with Defendants; and

//

//

//

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement in this action and shall be the sole venue for any dispute arising thereunder.

**IT IS SO ORDERED.**

Dated:  August 2, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE